Kenneth R. Davis II, OSB No. 971132
daviskr@ballardspahr.com
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,<br><br>                           Plaintiffs,<br><br>     v.<br><br>MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,<br><br>                           Defendants. | Case No. 1:25-cv-00367-CL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs in the above captioned action, certifies that:

Scarlet Moon Music, Inc., has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public;

N2D Publishing Company, Inc., has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public;

Old Desperadoes, LLC, has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public;

American Romance Songs, has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public;

Bovina Music, Inc. has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public; and

B I G Poppa Music has no parent, trust, subsidiary and/or affiliate of said party that have issued shares or debt securities to the public.

DATED:  March 3, 2025

        BALLARD SPAHR LLP


By:  s/ Kenneth R. Davis II
     Kenneth R. Davis II, OSB No. 971132
     Telephone:  503.778.2100
Attorneys for Plaintiffs