AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON
MEDFORD DIVISON

SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,

*Plaintiff(s)*

v.

MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,

*Defendant(s)*

Civil Action No. 1:25-cv-00367-CL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mora Bar, LLC
Nisha Mora, Registered Agent
333 E. Main Street
Medford, OR  97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth R. Davis II
Ballard Spahr LLP
601 SW Second Avenue, Suite 2100
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/03/2025

By: s/Heather McCann, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00367-CL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON
MEDFORD DIVISON

| | |
|---|---|
| SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC, <br><br>*Plaintiff(s)* <br><br>v. <br><br>MORA BAR, LLC; NISHA MORA; and ELLIANA MORA, <br><br>*Defendant(s)* | Civil Action No.   1:25-cv-00367-CL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Nisha Mora
    333 E. Main Street
    Medford, OR  97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kenneth R. Davis II
    Ballard Spahr LLP
    601 SW Second Avenue, Suite 2100
    Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/03/2025

By: s/Heather McCann, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00367-CL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON
MEDFORD DIVISON

| | |
|---|---|
| SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,<br><br>*Plaintiff(s)*<br>v.<br><br>MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00367-CL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Elliana Mora
    333 E. Main Street
    Medford, OR  97501

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kenneth R. Davis II
    Ballard Spahr LLP
    601 SW Second Avenue, Suite 2100
    Portland, OR  97204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/03/2025

By: s/Heather McCann, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00367-CL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: