UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,

    Plaintiff,

vs.

MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,

    Defendant.

Case No. **1:25-cv-00367-CL**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Jackson    ss.

I, Vicci Ewen, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Schedule A*

<u>CORPORATE SERVICE:</u>

Upon **MORA BAR LLC**, by personally serving the aforementioned documents to Nisha Mora, who is the Registered Agent thereof, at 38 Woodcrest Circle, Eagle Point, OR 97524 on March 12, 2025 at 8:48 AM.

I declare under the penalty of perjury that the above statement is true and correct.

_____
Vicci Ewen
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this 12 day of March, 2025
by Vicci Ewen.

_____
Notary Public - State of Oregon



OFFICIAL STAMP
KRISTEEN MARTIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 1020751
MY COMMISSION EXPIRES JANUARY 21, 2026



*370500*