UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,<br><br>    Plaintiff,<br><br>vs.<br><br>MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,<br><br>    Defendant.<br>_____/ | Case No. **1:25-cv-00367-CL**<br><br>AFFIDAVIT OF SERVICE |

STATE OF OREGON  
County of Jackson        ss.

I, Vicci Ewen, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Schedule A*

By delivering the aforementioned documents to **NISHA MORA**, personally and in person, at 38 Woodcrest Circle, Eagle Point, OR 97524 on March 12, 2025 at 8:48 AM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME this 13 day of March, 2025 by Vicci Ewen.

_____  
Notary Public - State of Oregon

Vicci Ewen  
Nationwide Process Service, Inc.  
315 W Mill Plain Blvd, Ste. 206  
Vancouver, WA 98660  
503-241-0636


*370498*


OFFICIAL STAMP  
KRISTEEN MARTIN  
NOTARY PUBLIC-OREGON  
COMMISSION NO. 1020751  
MY COMMISSION EXPIRES JANUARY 21, 2026