UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

SCARLET MOON MUSIC, INC.; N2D PUBLISHING COMPANY, INC.; OLD DESPERADOES, LLC; AMERICAN ROMANCE SONGS; BOVINA MUSIC, INC.; and B I G POPPA MUSIC,

    Plaintiff,

vs.

MORA BAR, LLC; NISHA MORA; and ELLIANA MORA,

    Defendant.

Case No. **1:25-cv-00367-CL**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Jackson      ss.

I, Vicci Ewen, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Schedule A*

Upon **ELLIANA MORA**, by personally serving the aforementioned documents at the dwelling house or usual place of abode of ELLIANA MORA of 38 Wood Crest Circle, Eagle Point, OR 97524, to Nisha Mora, who is a co-occupant residing at this address with Elliana Mora and over the age of 14 years on March 12, 2025 at 8:48 AM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 13 day of March, 2025
by Vicci Ewen.

Notary Public - State of Oregon

Vicci Ewen
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

OFFICIAL STAMP
KRISTEEN MARTIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 1020751
MY COMMISSION EXPIRES JANUARY 21, 2026


*370499*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

SCARLET MOON MUSIC, INC.; N2D
PUBLISHING COMPANY, INC.; OLD
DESPERADOES, LLC; AMERICAN
ROMANCE SONGS; BOVINA MUSIC, INC.;
and B I G POPPA MUSIC,

        Plaintiff,

vs.

MORA BAR, LLC; NISHA MORA; and
ELLIANA MORA,

        Defendant.

Case No. **1:25-cv-00367-CL**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Jason Crowe, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On March 12, 2025, I mailed a true copy of the Summons and Complaint; Schedule A via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to ELLIANA MORA.

The envelope was addressed as follows:

        ELLIANA MORA
        38 Woodcrest Circle,
        Eagle Point, OR 97524

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME this 12th day of March, 2025 by Jason Crowe.

_____
Notary Public for Oregon

Jason Crowe
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636



OFFICIAL STAMP
MITCH AARON WIRTH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1024315
MY COMMISSION EXPIRES APRIL 27, 2026



*378499*